1  *[Counsel on Signature Page]*
2
3
4
5
6
7
8
9                       **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| SOHAM BHATIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SILVERGATE BANK, SILVERGATE CAPITAL CORPORATION, AND ALAN J. LANE<br><br>Defendants. | Case No. 3:23-cv-00667-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT** |
| MATSON MAGLEBY and GOLAM SAKLINE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SILVERGATE BANK, SILVERGATE CAPITAL CORPORATION, and ALAN J. LANE<br><br>Defendants. | Case No. 3:23-cv-00669-JSC |
| *Continued on Next Page* | |

| | |
|---|---|
| NICOLE KEANE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SILVERGATE BANK, SILVERGATE CAPITAL CORPORATION, and ALAN J. LANE<br><br>Defendants. | Case No. 3:23-cv-00670-JSC |

1       Pursuant to Civil Local Rule 6-1(a), Plaintiffs Matson Magleby, Golam Sakline, Nicole Keane, and Soham Bhatia and Defendants Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane, by and through their respective counsel, respectfully submit this Joint Stipulation to consolidate multiple actions and permit Plaintiffs to file a Consolidated Amended Complaint ("CAC"):

      WHEREAS, on February 14, 2023, the plaintiffs filed *Bhatia v. Silvergate Bank*, No. 3:23-cv-00667 (N.D. Cal.), *Magleby, et al v. Silvergate Bank*, et al., Case No. 3:23-cv-00669, *Keane v. Silvergate Bank*, No. 3:23-cv-00670 (N.D. Cal.) (the "Silvergate Cases");

      WHEREAS, the Court found under Civil L.R. 3-12 that the Silvergate Cases are related to *Lam v. Bankman-Fried*, No. 22-cv-07336 (N.D. Cal.), and other actions before this Court involving the failure of FTX (collectively, the "NDCA FTX Actions"), ECF No. 15;

      WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that "[i]f actions before the court involve a common question of law or fact, the court may: . . . (2) consolidate the actions . . . ."

      WHEREAS, the parties to this stipulation agree that the Silvergate Cases involve common questions of law and fact, as they name common defendants, arise from the same alleged course of conduct, and assert overlapping causes of action, such that the Silvergate Cases are appropriate for consolidation under Federal Rule of Civil Procedure 42(a);

      WHEREAS, in light of the common questions of law and fact in these actions, the undersigned parties met and conferred, and now jointly move pursuant to Federal Rule of Civil Procedure 42(a)(2) for an order consolidating these actions for all purposes under the "low numbered case," 3:23-cv-00667-JSC, and that the caption of the action be amended as follows:

| | |
|---|---|
| IN RE: <br> SILVERGATE CAPITAL CORPORATION | Case No. 3:23-cv-00667-JSC <br><br> Hon. Jacqueline Scott Corley <br><br> [Complaint Filed: February 14, 2023] |

.

1  WHEREAS, the NDCA FTX Actions are subject to a pending MDL petition, *In re FTX Cryptocurrency Exchange Collapse Litigation*, MDL 3076, expected to be heard by the Judicial Panel for Multidistrict Litigation ("JPML") on May 25, 2023.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, subject to the approval of the Court, as follows:

1. No defendant shall be required to answer, move against, or otherwise respond to the original Complaint filed in any of the above-captioned actions, except as set forth below.
2. Within thirty (30) days after the Court enters an order consolidating the actions, plaintiffs shall file a CAC.
3. Defendants' deadline to respond to the CAC shall be thirty (30) days after the filing of the CAC.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 17, 2023

**REISER LAW, P.C.**

By:   /s/  *Michael J. Reiser*
Michael J. Reiser

Michael J. Reiser (SBN 133621)
Matthew Reiser (SBN 315301)
Isabella Martinez (SBN 315299)
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: 925/256-0400
michael@reiserlaw.com
matthew@reiserlaw.com
isabella@reiserlaw.com

**LEVINE KELLOGG LEHMAN
   SCHNEIDER + GROSSMAN LLP**
Jason Kellogg (*pro hac vice* forthcoming)
Victoria J. Wilson (*pro hac vice* forthcoming)
Marcelo Diaz-Cortes (*pro hac vice* forthcoming)
100 Southeast Second Avenue, 36th Floor
Miami, FL  33131
Tel: 305/403-8788

|   |   |   |
|---|---|---|
| 1 | | jk@lklsg.com |
| 2 | | vjw@lklsg.com |
|   | | mdc@lklsg.com |
| 3 | | |
|   | | *Attorneys for Plaintiff Soham Bhatia* |
| 4 | | |
|   | Dated: April 17, 2023 | **GIRARD SHARP LLP** |
| 5 | | |
|   | | By:   /s/ *Daniel C. Girard* |
| 6 | | |

Dated: April 17, 2023          **GIRARD SHARP LLP**

By:   /s/ *Daniel C. Girard*

Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 237000)
Tom Watts (SBN 308853)
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
tomw@girardsharp.com

**HARTLEY LLP**
Jason S. Hartley (SBN 192514)
Jason M. Lindner (SBN 211451)
101 West Broadway, Suite 820
San Diego, CA 92101
(619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Attorneys for Plaintiffs Matson Magleby and Golam Sakline*

Dated: April 17, 2023          **BLOOD HURST & O'REARDON, LLP**

By:   /s/ *Timothy G. Blood*

Timothy G. Blood (SBN 149343)
Thomas J. O'Reardon II (SBN 247952)
James M. Davis (SBN 301636)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

3
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONSOLIDATION
Case No. 3:23-cv-00667-JSC

|   |   |   |
|---|---|---|
| 1 |   | **FITZGERALD JOSEPH LLP** |
| 2 |   | Jack Fitzgerald (SBN 257370) |
|   |   | Paul K. Joseph (SBN 287057) |
| 3 |   | Melanie Persinger (SBN 275423) |
|   |   | Trevor M. Flynn (SBN 253362) |
| 4 |   | Caroline S. Emhardt (SBN 321222) |
| 5 |   | 2341 Jefferson Street, Suite 200 |
|   |   | San Diego, CA 92110 |
| 6 |   | 619/215-1741 |
|   |   | jack@fitgeraldjoseph.com |
| 7 |   | paul@fitgeraldjoseph.com |
| 8 |   | melanie@fitgeraldjoseph.com |
|   |   | trevor@fitgeraldjoseph.com |
| 9 |   | caroline@fitgeraldjoseph.com |
| 10 |   | *Attorneys for Plaintiff Nicole Keane* |
| 11 | Dated: April 17, 2023 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 12 |   |   |
| 13 |   | By:   /s/  Polly Towill |
| 14 |   | Polly Towill (SBN 120420) |
|   |   | John Landry (SBN 194374) |
| 15 |   | Madalyn Macarr (SBN 301539 |
| 16 | Dated: April 19, 2023 | 333 South Hope Street, 43rd Floor |
|   |   | Los Angeles, California 90071-1422 |
| 17 |   | Telephone: 213.620.1780 |
|   |   | Facsimile: 213.620.1398 |
| 18 |   | ptowill@sheppardmullin.com |
| 19 |   | jlandry@sheppardmullin.com |
|   |   | mmacarr@sheppardmullin.com |
| 20 |   | *Attorneys for Defendants Silvergate Bank, Silvergate* |
| 21 |   | *Capital Corporation, and Alan J. Lane* |



GRANTED
Judge Jacqueline Scott Corley

**FILER'S ATTESTATION**

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel has concurred in this filing.

By:  /s/  Daniel C. Girard

4
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONSOLIDATION
Case No. 3:23-cv-00667-JSC