**GIRARD SHARP LLP**
DANIEL C. GIRARD
JORDAN ISERN
SAMHITA COLLUR
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
jisern@girardsharp.com
scollur@girardsharp.com

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
MELANIE R. MONROE (SBN 275423)
TREVOR M. FLYNN (SBN 253362)
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Tel: 619/215-1741
jfitzgerald@fmfpc.com
mmonroe@fmfpc.com
tflynn@fmfpc.com

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
JASON KELLOGG *(pro hac vice)*
MARCELO DIAZ-CORTES *(pro hac vice)*
100 Southeast Second Street, 36th Floor
Miami, FL 33134
Tel: 305/803-8788
jk@lkslg.com
md@lklsg.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SILVERGATE CAPITAL CORPORATION | Case No. 3:23-cv-01406-RBM-BLM<br><br><u>**CLASS ACTION**</u><br><br>**JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |

Case No. 3:23-cv-01406-RBM-BLM

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL AND
ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

Class Counsel[1] in the above-named action declare as follows:

1.    We serve as counsel for Plaintiffs in this consolidated litigation and submit this Declaration in support of Plaintiffs' Motion for Final Settlement Approval and Motion for Attorneys' Fees, Expenses, and Service Awards. We have personal knowledge of the matters set forth herein. If called to testify to the statements we make herein, we could and would competently do so.

2.    We submit this declaration in support of Plaintiffs' Motion for Final Settlement Approval (the "Final Approval Motion"), and Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Service Awards (the "Fee Motion"). In this declaration, we summarize the work done in our capacity as Class Counsel to negotiate the settlement agreement, and explain why we believe the settlement, and the plan of allocation, are fair, reasonable, and adequate and merit the Court's final approval under Fed. R. Civ. P. 23(e). We also explain the basis for Class Counsel's application for attorneys' fees and identify by firm and by category the expenses for which we are seeking reimbursement.

## I.    THE LITIGATION

3.    On February 14, 2023, the first complaint against Defendants was filed in the Northern District of California. *See* Dkt. 1. Several other complaints followed and were ruled related under Northern District Local 3-12. Dkt. 9. The litigation was assigned to the Honorable Jacqueline Scott Corley. Dkt. 10.

4.    Judge Corley entered a consolidation order on April 19, 2023, and on May 19, 2023, Plaintiffs Nicole Keane, Joewy Gonzalez, and Golam Sakline, filed the operative Consolidated Class Action Complaint ("Complaint") against Defendants. On June 19, 2023, Defendants moved to dismiss. Defendants also

---

[1] Class Counsel are the law firms of Blood, Hurst, & O'Reardon LLP; Fitzgerald Monroe Flynn PC; Girard Sharp LLP; and Levine Kellogg Lehman Schneider + Grossman LLP.

1    Case No. 3:23-cv-01406-RBM-BLM

argued that if the Court did not dismiss the Plaintiffs' claims, it should transfer the litigation to the District Court for the Southern District of California, pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404. Dkt. 16. The parties fully briefed both the motion to dismiss and the motion to transfer. *See* Dkts. 17-18.

5.     On August 1, 2023, Judge Corley granted Defendants' motion to transfer. Accordingly, the litigation was transferred to the District Court for the Southern District of California and assigned to the Honorable Judge Ruth Bermudez Montenegro and Magistrate Judge Barbara Lynn Major. *See* Docs. 19-21.

6.     On March 20, 2024, the Court entered an order denying the motion to dismiss in its entirety. *See generally Bhatia v. Silvergate Bank*, 725 F. Supp. 3d 1079 (S.D. Cal. 2024) (Montenegro, J.).

7.     On April 17, 2024, Defendants filed their answer along with separate motions seeking reconsideration of the Court's order denying the motion to dismiss, or permission for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). The motions were fully briefed and under submission when the parties reached an agreement in principle, as reflected in the Settlement Agreement.[2]

8.     On May 10, 2024, following meet and confer conferences, the parties jointly filed a Fed. R. Civ. P. 26(f) report.

9.     On May 22, 2204, Plaintiffs Joewy Gonzalez and Nicole Keane, and Class Counsel appeared for an Early Neutral Evaluation and initial case management conference. Due to the eleven-hour time difference, Magistrate Judge Major excused Golam Sakline, who resides in the United Arab Emirates, from attending. *See* Dkt. 48.

---

[2] Capitalized terms have the same meaning as in the Settlement Agreement ("SA"), which is attached as Exhibit 1 to the Second Joint Declaration of Proposed Class Counsel in Support of Renewed Motion for Preliminary Settlement Approval ("Preliminary Approval Declaration"). Dkt. 74-1.

2       Case No. 3:23-cv-01406-RBM-BLM

10.    The parties filed and the Court approved several case management documents, including a protective order (Dkts. 34-35) and an electronically stored information and privilege log joint motion (Dkts. 55-56).

11.    The parties undertook initial discovery. In November 2023, Plaintiffs delivered early requests for production on Defendants pursuant to Fed. R. Civ. P. 26(d)(2). The parties then met and conferred regarding Plaintiffs' requests in December 2023 and February 2024. Defendants began producing documents on April 12, 2024 and produced additional documents in July 2024, but by July 18, 2024, the parties had reached an impasse on an appropriate scope of discovery, and on July 26, 2024, Plaintiffs filed a motion to compel amended responses and objections, and the production of documents responsive to Plaintiffs' requests for production. The parties fully briefed the motion. On August 23, 2024, Magistrate Judge Major denied Plaintiffs' motion to compel as moot and untimely, in part because in the briefing, Defendants' agreed to amend their discovery responses, and in part because the Court believed Plaintiffs should have filed their motion earlier. *See* Dkt. 63.

12.    To assist in managing discovery, Class Counsel retained Ankura Consulting, Inc., to host a document database and manage Defendants' production. Class Counsel then reviewed and coded Defendants' productions. In total, in response to discovery requests, Defendants produced electronic data (ESI) comprising 10,182 documents, exceeding 120,000 pages.

13.    In addition to discovery from Defendants, Class Counsel pursued public records act requests from regulators; conducted multiple interviews with confidential FTX informants; and consulted with experts to analyze the Class's potential damages. Class Counsel also consulted and retained for trial purposes Cathy Ghiglieri and Patricia A. McCoy, prominent experts on banking regulation.

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

14.    Defendants served discovery on each of the Plaintiffs, who provided responses and objections, and produced over 250 responsive documents.

15.    On March 8, 2023, Silvergate Capital Corporation announced the voluntary liquidation of Silvergate Bank. Silvergate Capital Corporation and Silvergate Bank's dwindling resources complicated discovery, as employee layoffs and transition of electronic record systems to inactive status required Class Counsel to move quickly to negotiate preservation and production with defense counsel.  By Summer 2024, Silvergate Capital Corporation's bankruptcy appeared likely.

16.    With Silvergate Bank out of business, Silvergate Capital's bankruptcy impending, and former CEO Alan Lane's insurance dwindling, Class Counsel accepted Defendants' offer to mediate.

17.    On August 29, 2024, the parties mediated with the Honorable Layn R. Phillips (Ret.), of Phillips ADR Enterprises. Class Counsel prepared a detailed and comprehensive presentation in advance of the mediation. The parties were unable to reach agreement during the mediation, but on September 4, 2024, all parties accepted the mediator's proposal that the matter settle for $10 million. The parties subsequently negotiated a term sheet, eventually signed on November 15, 2024.

18.    On September 17, 2024, Silvergate filed its voluntary petition for relief under 11 U.S.C. § 101-1532, before the United States Bankruptcy Court for the District of Delaware (*In re: Silvergate Capital Corporation et al.*, No. 24-12158 (KBO) (Bankr. D. Del.) (the "Silvergate Bankruptcy")). The Silvergate Bankruptcy automatically stayed this action under 11 U.S.C. § 362(a)(1). *See* Dkts. 64-65.

**II.    THE SETTLEMENT**

19.    The Settlement is on behalf of substantially the same class alleged in the Complaint, defined as "[a]ll persons or entities who, between April 1, 2019, and November 11, 2022, sent or deposited fiat currency into an FTX- or Alameda-related account at Silvergate Bank and who, on November 11, 2022, still had an

4    Case No. 3:23-cv-01406-RBM-BLM

account on FTX.com or FTX.US that contained cryptocurrency, fiat currency, or both." SA ¶ 1.23. The only change in the Settlement Class definition from the Class alleged in the Complaint is the addition of the words "persons or entities." The Settlement Class is a subclass of all FTX customers whose payments to FTX were sent or deposited into one of the FTX-affiliated accounts at Silvergate Bank. Individuals who sent or deposited funds to Silvergate, but then withdrew funds before the FTX collapse, for example, would not fall within the Settlement Class.

20.     The Settlement provides that, in exchange for a "full and final release, settlement, and discharge of all Settlement Class Released Claims," Defendants will pay $10 million. *Id.* ¶¶ 1.10, 1.11, 1.27, 2.1, 3.2, 6.4, 9.3. The settlement payment is non-reversionary, so all settlement funds less expenses will be distributed to Class members.

21.     All Settlement-related expenses, including notice and administration expenses, and fees and costs payable to Class Counsel are to be deducted from the Settlement Fund. *Id.* ¶ 1.27, 9.1.

### III.    COORDINATION WITH THE MDL AND THE FTX BANKRUPTCY

22.     Class Counsel have reviewed FTX bankruptcy filings, including the Chapter 11 Plan confirmed by the FTX Bankruptcy court, and consulted on several occasions with Debtors' counsel.  Class Counsel have also conferred repeatedly with lead counsel for Plaintiffs in the MDL.[3]

23.     Class Counsel understand from consultation with MDL counsel that the distribution of recoveries in the MDL as between FTX customers and FTX creditors will be determined based on the respective contentions of the MDL Plaintiffs and

---

[3] The "MDL" refers to *In re: FTX Cryptocurrency Exchange Collapse Litigation*, No. 1:23-md-03076 (S.D. Fla.).

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

FTX concerning the nature of the particular claims and whether the claims are those of customers in their individual capacities or derivative claims of FTX or one of its affiliates.

## IV.    PRELIMINARY SETTLEMENT APPROVAL AND SETTLEMENT ADMINISTRATION

24.    On October 21, 2025, the Court granted preliminary approval of the Settlement Agreement, the Plan of Allocation, and the procedures for implementing the Plan of Allocation, including all notice documents submitted with Plaintiffs' filing. Dkt. 85. The Court's Order approved the appointment of the Claims Administrator to give notice and pay claims and set forth deadlines for further proceedings. *Id.*

25.    The Claims Administrator attests to giving notice in conformity with the preliminary approval order, as detailed in the Declaration of Julie Meichsner In Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed with Plaintiffs' Renewed Motion for Preliminary Settlement Approval. Dkt. 74; *See* Declaration of Julie Meichsner of Simpluris, Inc. In Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Final Meichsner Decl.").

26.    Notice has been posted to the Settlement Website, and the Settlement Administrator has provided a toll-free number and email address that Class Members can use to request assistance in filing a claim.

27.    On October 30, 2025, Simpluris caused the CAFA notice to be mailed to the appropriate officials pursuant to 28 U.S.C. § 1715(b).

28.    Simpluris states that Notice was successfully disseminated to over 50,000 known Class Members. *See* Final Meichsner Decl. ¶ 9. Simpluris also designed a supplemental digital media campaign designed to reach 80% of Class Members. *Id.* ¶ 11.

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

29.     As Notice was only disseminated on December 1, 2025, and the digital media campaign was only initiated on December 2, 2025, the claims procedure remains in its initial stage as of the date of this submission. Class Counsel will update the record concerning Class member response to the settlement on reply.

## V.     ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS

30.     Class Counsel request an award of $3.3 million in attorneys' fees, reimbursement of $102,280.30 in litigation expenses, and a $10,000 service award for each of the three Class Representatives.

31.     Class Members were notified of Class Counsel's application for attorneys' fees, litigation expenses, and service awards in the Notice. Consistent with Plaintiffs' request, the notice states that Class Counsel will seek approval from the Court for a "payment of up to $3,300,000 total in attorneys' fees plus the reimbursement of out-of-pocket expenses not to exceed $175,000." Dkt. 74-1, Ex. 8. Similarly, the notice also informs Settlement Class Members that Counsel will seek approval of a "payment of $10,000 to the plaintiffs for the time and effort they contributed to the case." *Id.*

32.     To date, Class Counsel have received no objections to the attorneys' fee request. Class Counsel will provide updated information on reply.

### a.  Attorneys' Fees

33.     After reviewing their time records, removing any timekeeping errors, and exercising billing judgment to exclude non-compensable or duplicative tasks, Class Counsel have collectively expended 3,670.4 hours on this litigation as of November 30, 2025, yielding a total lodestar of $2,939,209.5 at Class Counsel's current hourly rates. Charts showing the lodestar for each of the four Class Counsel law firms are attached as **Exhibits 1-4**, broken down by attorney or other

7     Case No. 3:23-cv-01406-RBM-BLM

professional, position, time worked, and billing rate. A summary of each firm's lodestar is included below:

| Firm | Fees |
|------|------|
| Blood, Hurst, & O'Reardon LLP | $498,535.50 |
| Fitzgerald Monroe Flynn PC | $661,186.50 |
| Girard Sharp LLP | $1,450,734.50 |
| Levine Kellogg Lehman Schneider + Grossman LLP | $328,753.00 |
| **Totals:** | **$2,939,209.50** |

34.     After completing briefing on final approval and monitoring settlement administration, Class Counsel expect any multiplier on this matter to be de minimis or negative. In other words, even if the Court awards the fee in full, Class Counsel are likely to recover less than the full value of the time they have expended on the case.

35.     Class Counsel's billing rates have been regularly evaluated and approved by federal courts in this district and throughout the country.

a.  **Blood, Hurst, & O'Reardon LLP:**

- *Turrey v. Vervent, Inc.*, No. 20-cv-697, 2025 U.S. Dist. LEXIS 34876, at *7–8 (S.D. Cal. Feb. 26, 2025);

- *Harbour v. Cal. Health & Wellness Plan*, No. 5:21-cv-03322-EJD, 2024 U.S. Dist. LEXIS 7783, at *23–24 (N.D. Cal. Jan. 16, 2024);

- *Montera v. Premier Nutrition Corp.*, No. 16-cv-06980-RS, 2023 U.S. Dist. LEXIS 137187, at *9 (N.D. Cal. Aug. 7, 2023);

- *Yamagata v. Reckitt Benckiser LLC*, No. 3:17-cv-03529-VC, 2021 U.S. Dist. LEXIS 244276, at *12 (N.D. Cal. Oct. 28, 2021).

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

1

b.  **Fitzgerald Monroe Flynn PC:**

2

- *Renn v. Otay Lakes Brewery, LLC*, 2025 WL 1225102, at *10 (S.D. Cal. Apr.

3

25, 2025);

4

- *Andrade-Heymsfield v. NextFoods, Inc.*, 2024 WL 3871634, at *6 (S.D. Cal.

5

Apr. 8, 2024);

6

- *Testone v. Barlen's Organic Oils, LLC*, 2023 U.S. Dist. LEXIS 37308, at *19-

7

20 (S.D. Cal. Mar. 6, 2023) (Montenegro, J.);

8

- *McMorrow v. Mondelez Int'l Inc.*, 2022 WL 1056098, at *8 (S.D. Cal. Apr. 8,

9

2022).

10

c.  **Girard Sharp LLP:**

11

- *In re JUUL Labs, Inc.,Mkt'g, Sales Pracs., and Prods. Liab. Litig.*, 2023 WL

12

11820531, at *4 (N.D. Cal. Dec. 18, 2023);

13

- *In re MacBook Keyboard Litig.*, 2023 WL 3688452, at *15 (N.D. Cal. May

14

25, 2023);

15

- *In re Maxar Technologies, Inc. Securities Litigation*, No. 19CV357070, Order

16

Concerning Motions For: A) Final Approval of Settlement; and B) Attorney

17

Fees and Costs (Cal. Super. Dec. 11, 2023);

18

- *In re Capacitors Antitrust Litig.*, 2020 WL 6813220, at *4 (N.D. *Cal. Sept.

19

15,* 2020), *report and recommendation adopted*, 2020 WL 6544472 (N.D.

20

Cal. Nov. 7, 2020);

21

d.  **Levine Kellogg Lehman Schneider + Grossman LLP:**

22

- *Todd Benjamin Int'l, Ltd. v. Grant Thornton Int'l Ltd.*, No. 20-21808, 2025

23

WL 2886109, at *4-*5 (S.D. Fla. May 19, 2025);

24

- *SEC v. Complete Bus. Solutions Group, Inc.*, No. 20-cv-81205, at *8 (S.D.

25

Fla. Feb. 28, 2025);

26

27

28

9    Case No. 3:23-cv-01406-RBM-BLM

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

- *SEC v. Direct Lending Invs., LLC*, No. 19-cv-02188, at *2 (C.D. Cal. Oct. 4, 2022);

- *Belin v. Health Ins. Innovations, Inc.*, No. 19-cv-61430, 2022 WL 1126006, at *6-*13 (S.D. Fla. March 10, 2022), *report and recommendation adopted*, 2022 WL 1125788, at *7-*9 (S.D. Fla. April 15, 2022).

36.    Since 2022, Class Counsel devoted the time and skill required to develop and pursue the claims against Defendants and negotiate the best settlement possible given Defendants' constrained financial capacities. The services provided by Class Counsel are detailed in Class Counsel's Preliminary Approval Declaration. Dkt. 74-1 at 7-9. Counsel at all times represented their clients on a fully contingent basis. Counsel advanced all necessary costs and expenses for this action, and risked the outlay of substantial professional time and out-of-pocket expenses with no guarantee of recovery.

37.    Having litigated and successfully resolved numerous complex class actions in recent years and given the nature of this case, Class Counsel believes the time reported above was reasonable and necessary. The background and experience of each firm that litigated this case is captured in the firm resumes attached to Counsel's Preliminary Approval Declaration. *See* Dkt. 74-1

**b.  Litigation Expenses**

38.    Class Counsel have incurred $102,280.30 in expenses through November 30, 2025, which is below the amount specified in Counsel's Renewed Motion for Preliminary Settlement Approval. A summary of each firm's expenses is included below:

| Firm | Expenses |
|---|---|
| Blood, Hurst, & O'Reardon LLP | $21,880.76 |
| Fitzgerald Monroe Flynn PC | $20,724.79 |

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

| Girard Sharp LLP | $39,134.55 |
| Levine Kellogg Lehman Schneider + Grossman LLP | $20,540.20 |
| **Totals:** | **$102,280.30** |

39.     Charts showing the unreimbursed costs and expenses advanced by Blood, Hurst, & O'Reardon LLP; Fitzgerald Monroe Flynn PC; Girard Sharp LLP; and Levine Kellogg Lehman Schneider + Grossman LLP are set forth in **Exhibits 5-8**.

40.     The costs and expenses referenced in the paragraphs above were reasonably and necessarily incurred in furtherance of the prosecution of this case, were advanced by Plaintiffs' Counsel on behalf of Plaintiffs and the Settlement Class and have not been reimbursed. They are reflected in Plaintiffs' Counsel's books and records, which are prepared from expense vouchers, check records, invoices, and other source materials, copies of which will be made available upon the Court's request. Third party expenses are not marked up, meaning that the Plaintiffs' Counsel requests reimbursement only for the amount actually billed by the third party.

41.     Class counsel respectfully reserve the right to seek reimbursement of additional expenses incurred in connection with any further proceedings in this matter.

### c.  Service Awards

42.     Class Counsel respectfully request that the Court grant service awards of $10,000 for each individual Settlement Class Representative—Golam Sakline, Joewy Gonzalez, and Nicole Keane.

43.     Settlement Class Counsel's contributions to the case are detailed in the Declarations of Plaintiffs Golam Sakline, Joewy Gonzalez, and Nicole Keane,

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

1  respectively, in support of Plaintiffs' Motions for Final Settlement Approval and
2  Attorneys' Fees, Litigation Expenses, and Service Awards.

3        44.    As set forth in their declarations, each of the class representatives
4  devoted substantial time to this case, including in preserving documents and
5  electronic records, reviewing pleadings, communicating with Class Counsel about
6  case developments, and responding to Defendants' written discovery requests. Each
7  Plaintiff also conducted a diligent search for documents and produced responsive
8  material. *Id.* Plaintiffs Keane and Gonzalez appeared at the initial case management
9  conference, and Plaintiff Sakline was excused from attending due to an eleven-hour
10  time difference.

11        45.    Plaintiffs Sakline, Gonzalez, and Keane each ably performed their class
12  representative duties for the benefit of the Settlement Class members, and Class
13  Counsel respectfully submit that each Plaintiff merits a service award in recognition
14  of their contributions. Without their willingness to come forward and represent
15  similarly situated victims of the FTX fraud, there would have been no recovery.

16        I declare under penalty of perjury under the laws of the United States that the
17  foregoing is true and correct.

18

19  Date: December 8, 2025                    /s/ *Daniel C. Girard*
20                                            Daniel C. Girard

21                                            DANIEL C. GIRARD
22                                            *dgirard@girardsharp.com*
       JORDAN ISERN
23                                            *jisern@girardsharp.com*
       SAMHITA COLLUR
24                                            *scollur@girardsharp.com*
25                                            **GIRARD SHARP LLP**
       601 California Street, Suite 1400
26                                            San Francisco, California 94108
       Telephone: (415) 981-4800
27

28                                            12    Case No. 3:23-cv-01406-RBM-BLM

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

1

/s/ *Timothy G. Blood*

2

Timothy G. Blood

3

TIMOTHY G. BLOOD

4

*tblood@bholaw.com*
THOMAS J. O'REARDON

5

*toreardon@bholaw.com*

6

JAMES M. DAVIS
*jdavis@bholaw.com*

7

**BLOOD HURST & O'REARDON,**
**LLP**

8

501 West Broadway, Suite 1490

9

San Diego, CA 92101
Phone: (619) 338-1100

10

11

/s/ *Jack Fitzgerald*

12

Jack Fitgerald

13

JACK FITZGERALD
*jfitzgerald@fmfpc.com*

14

MELANIE R. MONROE
*mmonroe@fmfpc.com*

15

TREVOR FLYNN

16

*tflynn@fmfpc.com*
**FITZGERALD MONROE**

17

**FLYNN PC**

18

2341 Jefferson Street, Suite 200
San Diego, California 92110

19

Phone: (619) 215-1471

20

21

/s/ *Jason Kellogg*

Jason Kellogg

22

JASON KELLOGG

23

*jk@lklsg.com*

24

VICTORIA J. WILSON
*vjw@lklsg.com*

25

MARCELO DIAZ-CORTES

26

*md@lklsg.com*
**LEVINE KELLOGG LEHMAN**

27

**SCHNEIDER + GROSSMAN LLP**

28

13      Case No. 3:23-cv-01406-RBM-BLM

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

100 Southeast Second Ave., 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788

***Counsel for Plaintiffs***

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: December 8, 2025          **GIRARD SHARP LLP**


By:  */s/ Daniel C. Girard*
          Daniel C. Girard

JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL
AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

**JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL SETTLEMENT APPROVAL AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

**TABLE OF CONTENTS OF EXHIBITS**

| EXHIBIT | DESCRIPTION | PAGE NOS. |
|---------|-------------|-----------|
| 1 | Blood, Hurst, & O'Reardon LLP Fee Chart | 1 |
| 2 | Fitzgerald Monroe Flynn PC Fee Chart | 2 |
| 3 | Girard Sharp LLP Fee Chart | 3 |
| 4 | Levine Kellogg Lehman Schneider + Grossman LLP Fee Chart | 4 |
| 5 | Blood, Hurst, & O'Reardon LLP Expense Chart | 5 |
| 6 | Fitzgerald Monroe Flynn PC Expense Chart | 6 |
| 7 | Girard Sharp LLP Expense Chart | 7 |
| 8 | Levine Kellogg Lehman Schneider + Grossman LLP Expense Chart | 8 |

# EXHIBIT 1

### **Blood Hurst & O'Reardon LLP**

| Timekeeper | Rate | Hours | Lodestar |
|---|---|---|---|
| Bucci, Adam (Associate) | $550 | 92.25 | $50,737.50 |
| Maytorena, Dafne (Paralegal) | $280 | 10.05 | $2,814.00 |
| Davis, James (Associate) | $650 | 280.65 | $182,422.50 |
| Pena, Ruben (Associate) | $425 | 29.50 | $12,537.50 |
| Blood, Tim (Partner) | $1,000 | 129.40 | $129,400.00 |
| O'Reardon, Tommy (Partner) | $840 | 143.60 | $120,624.00 |
| **Total** | | **685.45** | **498,535.50** |

# EXHIBIT 2

**Fitzgerald Monroe Flynn PC**

| Timekeeper | Rate | Hours | Lodestar |
|---|---|---|---|
| Jack Fitzgerald (Principal) | $955 | 422.9 | $403,869.50 |
| Melanie Monroe (Partner) | $770 | 54.6 | $42,042.00 |
| Trevor Flynn (Partner) | $770 | 187.9 | $144,683.00 |
| Paul Joseph (Partner) | $750 | 12.5 | $9,375.00 |
| Caroline Emhardt (Associate) | $550 | 66.7 | $36,685.00 |
| Peter Grazul (Associate) | $500 | 47.0 | $23,500.00 |
| Daniel Quintana (Paralegal) | $260 | 3.2 | $832.00 |
| **Totals:** | | **779.2** | **$661,186.50** |

# EXHIBIT 3

### Girard Sharp LLP

| Names | Position | Rate | Hours | Lodestar |
|---|---|---|---|---|
| Girard, Daniel | Partner | 1,350.00 | 525.5 | 645,937.00 |
| Polk, Adam | Partner | 1,025.00 | 135 | 131,760.00 |
| Elias, Jordan | Partner | 1,050.00 | 10.1 | 10,605.00 |
| Tan, Trevor | Partner | 950.00 | 32.7 | 29,695.00 |
| Watts, Tom | Partner | 875.00 | 394.2 | 325,220.00 |
| Collur, Samhita | Associate | 550.00 | 263.4 | 140,595.00 |
| Cox, Makenna | Associate | 600.00 | 29 | $17,400.00 |
| Isern, Jordan | Associate | 600.00 | 247.3 | 126,647.50 |
| von Goetz, Anne-Michele | Litigation Secretary | 300.00 | 21.7 | 5,435.00 |
| Montoya, Marie | Litigation Secretary | 300.00 | 16.3 | 4,315.00 |
| Conklin, Jack | Litigation Assistant | 300.00 | 10.9 | 2,750.00 |
| Park, Rachel | Litigation Assistant | 250.00 | 41.5 | 10,375.00 |
| **Totals:** | | | **1727.6** | **$1,450,734.50** |

# EXHIBIT 4

**Levine Kellogg Lehman Schneider + Grossman LLP**

| Timekeeper | Rate | Hours | Lodestar |
|---|---|---|---|
| Ana Maria Salazar - Paralegal | 400.00 | 0.90 | 360.00 |
| Katelyn A. Garciga – Summer Clerk | 200.00 | 4.50 | 900.00 |
| Jason Kellogg – Partner | 770.00 | 49.30 | 37,961.00 |
| Jason Kellogg – Partner | 845.00 | 68.40 | 57,798.00 |
| Jason Kellogg – Partner | 930.00 | 54.80 | 50,964.00 |
| Jason Kellogg – Partner | 980.00 | 5.40 | 5,292.00 |
| Marcelo Diaz-Cortes – Partner | 515.00 | 1.40 | 721.00 |
| Marcelo Diaz-Cortes – Partner | 565.00 | 62.80 | 35,482.00 |
| Marcelo Diaz-Cortes – Partner | 625.00 | 38.40 | 24,000.00 |
| Marcelo Diaz-Cortes – Partner | 660.00 | 34.50 | 22,770.00 |
| Peter J. Sitaras – Associate | 375.00 | 18.70 | 7,012.50 |
| Peter J. Sitaras - Associate | 410.00 | 8.70 | 3,567.00 |
| Thomas R. Lehman – Partner | 1,067.00 | 18.50 | 19,739.50 |
| Thomas R. Lehman – Partner | 1,120.00 | 2.70 | 3,024.00 |
| Victoria J. Wilson – Partner | 620.00 | 35.70 | 22,134.00 |
| Victoria J. Wilson – Partner | 635.00 | 27.00 | 17,145.00 |
| Brittany L. Wellinghoff – Summer Clerk | 200.00 | 0.30 | 60.00 |
| Benjamin Zavelsky - Associate | 430.00 | 46.10 | 19,823.00 |
| | **Totals:** | **478.10** | **$328,753.00** |

# EXHIBIT 5

### Blood, Hurst, & O'Reardon LLP

| | |
|---|---|
| On-Line Legal Research | $693.01 |
| On-Line Factual Research | $44.00 |
| Document Management/Litigation Support | $13,538.48 |
| Telephone | $18.70 |
| Postage & Express Mail | $10.62 |
| Printing & Copying | $75.95 |
| Mediation Fees | $7,500.00 |
| **TOTAL** | **$21,880.76** |

# EXHIBIT 6

### Fitzgerald Monroe Flynn PC

| Court Fees | $804 |
|---|---|
| Service of Process | $1,970.00 |
| On-Line Factual Research | $40.79 |
| Document Management/Litigation Support | $510.00 |
| Experts & Consultants | $9,900.00 |
| Mediation Fees | $7,500.00 |
| | **$20,724.79** |

# EXHIBIT 7

# Girard Sharp LLP

| Expense Category | Amount |
|---|---|
| Court Fees | $1,312.06 |
| On-Line Legal Research | $13,104.69 |
| Document Management/Litigation Support | $29.20 |
| Telephone | $11.05 |
| Postage & Express Mail | $44.04 |
| Local Transportation | $332.57 |
| Out of Town Travel | $1,453.80 |
| Working Meals | $56.64 |
| Experts & Consultants | $22,790.50 |
| **Total:** | **$39,134.55** |

# EXHIBIT 8

## Levine Kellogg Lehman Schneider + Grossman LLP

| Expense Category | Amount |
|---|---|
| Court Fees | $874.00 |
| On-Line Legal Research | $1,657.10 |
| Document Management/Litigation Support | $335.00 |
| Postage & Express Mail | $58.60 |
| Printing & Copying | $990.00 |
| Experts & Consultants | $9,125.50 |
| Mediation Fees | $7,500.00 |
| **Total:** | **$20,540.20** |