# EXHIBIT A

**Pro Rata Payment List**

*Bhatia v. Silvergate Bank et al* , Case No. 3:2023-cv-01406

| PersonID | ClaimID | Claim Type | Status | Claim Amount | Pro Rata Award |
|---|---|---|---|---|---|
| 198035685 | 10357850 | Paper Claim Form | Timely | $89,222.36 | $3,066.19 |
| 198537073 | 10362583 | Online Claim Form - Direct Notice | Timely | $100,795.51 | $3,463.90 |
| 198597696 | 10362600 | Online Claim Form - Direct Notice | Timely | $11,835.65 | $406.74 |
| 198027188 | 10419352 | Online Claim Form - Direct Notice | Timely | $4,106.61 | $141.13 |
| 198050974 | 10419623 | Online Claim Form - Direct Notice | Timely | $9,275.37 | $318.75 |
| 198068664 | 10420504 | Online Claim Form - Direct Notice | Timely | $1,650.84 | $56.73 |
| 198068680 | 10420693 | Online Claim Form - Direct Notice | Timely | $828.32 | $28.47 |
| 198018411 | 10421864 | Online Claim Form - Direct Notice | Timely | $114.60 | $5.00 |
| 198042636 | 10423766 | Online Claim Form - Direct Notice | Timely | $105,671.41 | $3,631.47 |
| 200679862 | 10426198 | Online Claim Form - Indirect Notice | Timely | $5,586.98 | $192.00 |
| 198060105 | 10428718 | Online Claim Form - Direct Notice | Timely | $102,804.42 | $3,532.94 |
| 198067564 | 10428955 | Online Claim Form - Direct Notice | Timely | $25,000.00 | $859.14 |
| 198037793 | 10429247 | Online Claim Form - Direct Notice | Timely | $10,596.81 | $364.17 |
| 198065457 | 10430818 | Online Claim Form - Direct Notice | Timely | $52.07 | $5.00 |
| 198052495 | 10431705 | Online Claim Form - Direct Notice | Timely | $8,074.46 | $277.48 |
| 198046503 | 10432022 | Online Claim Form - Direct Notice | Timely | $5,049.00 | $173.51 |
| 198062785 | 10432034 | Online Claim Form - Direct Notice | Timely | $297,456.70 | $10,222.30 |
| 198061067 | 10433991 | Online Claim Form - Direct Notice | Timely | $20,000.09 | $687.32 |
| 198016643 | 10434099 | Online Claim Form - Direct Notice | Timely | $20,451.76 | $702.84 |
| 198015073 | 10434581 | Online Claim Form - Direct Notice | Timely | $4,635.86 | $159.31 |
| 198049536 | 10434867 | Online Claim Form - Direct Notice | Timely | $1,861.18 | $63.96 |
| 200698713 | 10434971 | Online Claim Form - Indirect Notice | Successful Appeal | $68.38 | $5.00 |
| 198068289 | 10436484 | Online Claim Form - Direct Notice | Timely | $400,442.20 | $13,761.46 |
| 198054212 | 10439002 | Online Claim Form - Direct Notice | Timely | $84,674.83 | $2,909.91 |
| 198057518 | 10440668 | Online Claim Form - Direct Notice | Timely | $205,986.36 | $7,078.86 |
| 198017222 | 10441232 | Online Claim Form - Direct Notice | Timely | $6,801.57 | $233.74 |
| 200702664 | 10442774 | Online Claim Form - Indirect Notice | Successful Appeal | $8,426.08 | $289.57 |
| 198062824 | 10443673 | Online Claim Form - Direct Notice | Timely | $433,773.56 | $14,906.92 |
| 200852344 | 10446623 | Online Claim Form - Indirect Notice | Timely | $10,036.23 | $344.90 |
| 198060103 | 10446715 | Online Claim Form - Direct Notice | Timely | $9,534.55 | $327.66 |
| 198045042 | 10447228 | Online Claim Form - Direct Notice | Timely | $4,771.57 | $163.98 |
| 198064960 | 10447845 | Online Claim Form - Direct Notice | Timely | $4,773.21 | $164.03 |
| 198042130 | 10448404 | Online Claim Form - Direct Notice | Timely | $34,540.94 | $1,187.02 |
| 198055374 | 10448625 | Online Claim Form - Direct Notice | Timely | $863.74 | $29.68 |
| 200852671 | 10448764 | Online Claim Form - Indirect Notice | Timely | $5,733,974.62 | $197,051.86 |
| 198059475 | 10449561 | Online Claim Form - Direct Notice | Timely | $78.58 | $5.00 |
| 198061467 | 10450402 | Online Claim Form - Direct Notice | Timely | $12,192.28 | $419.00 |
| 198015846 | 10450926 | Online Claim Form - Direct Notice | Timely | $164,705.53 | $5,660.22 |
| 198046612 | 10455829 | Online Claim Form - Direct Notice | Timely | $20,000.00 | $687.31 |
| 198017301 | 10456773 | Online Claim Form - Direct Notice | Timely | $5,009.24 | $172.15 |
| 198025298 | 10457329 | Online Claim Form - Direct Notice | Timely | $6,974.73 | $239.69 |
| 198019869 | 10457497 | Online Claim Form - Direct Notice | Timely | $639.38 | $21.97 |
| 198042207 | 10460457 | Online Claim Form - Direct Notice | Timely | $14,225.06 | $488.85 |

**Pro Rata Payment List**

*Bhatia v. Silvergate Bank et al* , Case No. 3:2023-cv-01406

| PersonID | ClaimID | Claim Type | Status | Claim Amount | Pro Rata Award |
|---|---|---|---|---|---|
| 198045023 | 10464085 | Online Claim Form - Direct Notice | Timely | $75,133.66 | $2,582.02 |
| 198049729 | 10468399 | Online Claim Form - Direct Notice | Timely | $48,000.42 | $1,649.57 |
| 198037035 | 10493386 | Online Claim Form - Direct Notice | Timely | $25,805.75 | $886.83 |
| 198060121 | 10494102 | Online Claim Form - Direct Notice | Successful Appeal | $120,053.06 | $4,125.70 |
| 198043857 | 10495816 | Online Claim Form - Direct Notice | Timely | $13,181.37 | $452.99 |
| 200992052 | 10496139 | Online Claim Form - Indirect Notice | Successful Appeal | $143,466.09 | $4,930.31 |
| 198047729 | 10502289 | Online Claim Form - Direct Notice | Timely | $68.88 | $5.00 |
| 198042010 | 10505195 | Online Claim Form - Direct Notice | Timely | $11,036.96 | $379.29 |
| 198036657 | 10526049 | Online Claim Form - Direct Notice | Timely | $573.67 | $19.71 |
| 198062881 | 10526165 | Online Claim Form - Direct Notice | Timely | $26,112.44 | $897.37 |
| 202419130 | 10527267 | Paper Claim Form | Timely | $54,888.38 | $1,886.28 |
| 198057503 | 10638363 | Online Claim Form - Direct Notice | Timely | $100,000.00 | $3,436.57 |
| 198017127 | 10638777 | Online Claim Form - Direct Notice | Timely | $90,325.04 | $3,104.08 |
| 202708930 | 10646168 | Online Claim Form - Indirect Notice | Timely | $2,250,812.66 | $77,350.68 |
| 198049294 | 10652322 | Online Claim Form - Direct Notice | Timely | $5,566.73 | $191.30 |
| 198035850 | 10781352 | Online Claim Form - Direct Notice | Timely | $19,692.36 | $676.74 |
| 206673065 | 10781428 | Online Claim Form - Indirect Notice | Timely | $6,409,238.48 | $220,257.75 |
| 198067668 | 10781570 | Online Claim Form - Direct Notice | Timely | $74.31 | $5.00 |
| 198018927 | 10792976 | Online Claim Form - Direct Notice | Timely | $7,668.56 | $263.54 |
| 207136176 | 10809453 | Online Claim Form - Indirect Notice | Successful Appeal | $0.47 | $5.00 |
| 198058209 | 10829843 | Online Claim Form - Direct Notice | Timely | $673.06 | $23.13 |
| 207708765 | 10841736 | Online Claim Form - Indirect Notice | Timely | $55,896.76 | $1,920.93 |
| 198064844 | 10846409 | Online Claim Form - Direct Notice | Timely | $4,993.61 | $171.61 |
| 198049651 | 10859340 | Online Claim Form - Direct Notice | Timely | $4,990.90 | $171.52 |
| 198050412 | 10860686 | Online Claim Form - Direct Notice | Timely | $7,164.16 | $246.20 |
| 198045246 | 10861626 | Online Claim Form - Direct Notice | Timely | $21,158.74 | $727.13 |
| 198051638 | 10861946 | Online Claim Form - Direct Notice | Timely | $1,429.94 | $49.14 |
| 198044076 | 10866046 | Online Claim Form - Direct Notice | Timely | $1,541,811.07 | $52,985.36 |
| 198066062 | 10870700 | Online Claim Form - Direct Notice | Timely | $10,130.33 | $348.14 |
| 198038284 | 10873485 | Online Claim Form - Direct Notice | Timely | $42,658.75 | $1,466.00 |
| 198039167 | 10884996 | Online Claim Form - Direct Notice | Timely | $21,279.67 | $731.29 |
| 198035816 | 10898663 | Online Claim Form - Direct Notice | Timely | $44,799.45 | $1,539.56 |
| 198067573 | 10908238 | Online Claim Form - Direct Notice | Timely | $22,247.46 | $764.55 |
| 198066634 | 10909622 | Online Claim Form - Direct Notice | Timely | $125,402.54 | $4,309.54 |
| 198067086 | 10910088 | Online Claim Form - Direct Notice | Timely | $221,038.45 | $7,596.13 |
| 198060197 | 10913946 | Online Claim Form - Direct Notice | Timely | $6,026.05 | $207.09 |
| 212925390 | 10915197 | Online Claim Form - Indirect Notice | Timely | $545,039.29 | $18,730.64 |
| 198030174 | 11200904 | Online Claim Form - Direct Notice | Timely | $20,638.47 | $709.25 |
| 212934477 | 11210023 | Online Claim Form - Indirect Notice | Timely | $56,770.79 | $1,950.97 |
| 198067062 | 11214326 | Online Claim Form - Direct Notice | Timely | $21,736.96 | $747.01 |
| 198060261 | 11215009 | Online Claim Form - Direct Notice | Timely | $25,343.54 | $870.95 |
| 213113453 | 11236020 | Claim Purchaser Claim Submission | Timely | $4,297,101.36 | $147,672.75 |
| 213113453 | 11236023 | Claim Purchaser Claim Submission | Timely | $551,684.68 | $18,959.01 |

**Pro Rata Payment List**

*Bhatia v. Silvergate Bank et al* , Case No. 3:2023-cv-01406

| PersonID | ClaimID | Claim Type | Status | Claim Amount | Pro Rata Award |
|---|---|---|---|---|---|
| 213113453 | 11236027 | Claim Purchaser Claim Submission | Timely | $15,213.92 | $522.84 |
| 198036116 | 11250659 | Paper Claim Form | Late | $204,350.00 | $7,022.62 |
| 198034947 | 11467980 | Paper Claim Form | Late | $6,034.58 | $207.38 |
| 213113451 | 11469657 | Claim Purchaser Claim Submission | Timely | $23,862,147.40 | $820,038.60 |
| 213113451 | 11469667 | Claim Purchaser Claim Submission | Timely | $2,982,490.07 | $102,495.26 |
| 213113451 | 11469676 | Claim Purchaser Claim Submission | Timely | $82,248.75 | $2,826.53 |
| 213113452 | 11469692 | Claim Purchaser Claim Submission | Timely | $25,000,000.00 | $859,141.66 |
| 213113452 | 11469704 | Claim Purchaser Claim Submission | Timely | $14,288,326.99 | $491,027.88 |
| 213113452 | 11469714 | Claim Purchaser Claim Submission | Timely | $15,585,658.10 | $535,611.53 |
| 213113452 | 11469940 | Claim Purchaser Claim Submission | Timely | $8,587,379.72 | $295,111.03 |
| 213113452 | 11469963 | Claim Purchaser Claim Submission | Timely | $6,998,649.76 | $240,513.26 |
| 213113452 | 11470069 | Claim Purchaser Claim Submission | Timely | $5,686,488.63 | $195,419.97 |
| 213113452 | 11470086 | Claim Purchaser Claim Submission | Timely | $5,624,408.93 | $193,286.56 |
| 213113452 | 11470133 | Claim Purchaser Claim Submission | Timely | $5,600,503.13 | $192,465.02 |
| 213113452 | 11470151 | Claim Purchaser Claim Submission | Timely | $3,786,629.85 | $130,130.06 |
| 213113452 | 11470216 | Claim Purchaser Claim Submission | Timely | $2,681,125.32 | $92,138.66 |
| 213113452 | 11470221 | Claim Purchaser Claim Submission | Timely | $2,482,789.43 | $85,322.71 |
| 213113452 | 11470236 | Claim Purchaser Claim Submission | Timely | $2,464,682.96 | $84,700.47 |
| 213113452 | 11470259 | Claim Purchaser Claim Submission | Timely | $2,075,181.42 | $71,314.99 |
| 213113452 | 11470272 | Claim Purchaser Claim Submission | Timely | $1,912,642.55 | $65,729.24 |
| 213113452 | 11470281 | Claim Purchaser Claim Submission | Timely | $1,763,117.64 | $60,590.71 |
| 213113452 | 11470311 | Claim Purchaser Claim Submission | Timely | $1,718,071.63 | $59,042.68 |
| 213113452 | 11470320 | Claim Purchaser Claim Submission | Timely | $1,524,997.18 | $52,407.54 |
| 213113452 | 11470376 | Claim Purchaser Claim Submission | Timely | $1,417,009.96 | $48,696.49 |
| 213113452 | 11470389 | Claim Purchaser Claim Submission | Timely | $1,373,825.79 | $47,212.44 |
| 198070376 | 11490698 | Paper Claim Form | Late | $385,265.29 | $13,239.90 |
| 198016503 | 11490778 | Paper Claim Form | Late | $151,495.35 | $5,206.24 |
| 198063941 | 11490840 | Paper Claim Form | Late | $74,862.21 | $2,572.69 |
| 198061917 | 11490893 | Paper Claim Form | Late | $176.63 | $6.07 |
| 198070374 | 11491103 | Paper Claim Form | Late | $10,039.26 | $345.01 |
| 198069539 | 11491211 | Paper Claim Form | Late | $24,279.01 | $834.36 |
| 198050195 | 11491371 | Paper Claim Form | Late | $2,518.42 | $86.55 |
| 198021215 | 11509543 | Paper Claim Form | Timely | $150,000.00 | $5,154.85 |
| 213113452 | 11511518 | Claim Purchaser Claim Submission | Timely | $988,884.38 | $33,983.67 |
| 213113452 | 11511520 | Claim Purchaser Claim Submission | Timely | $933,234.11 | $32,071.21 |
| 213113452 | 11511541 | Claim Purchaser Claim Submission | Timely | $895,341.16 | $30,769.00 |
| 213113452 | 11511545 | Claim Purchaser Claim Submission | Timely | $823,887.78 | $28,313.45 |
| 213113452 | 11511554 | Claim Purchaser Claim Submission | Timely | $776,666.39 | $26,690.66 |
| 213113452 | 11511558 | Claim Purchaser Claim Submission | Timely | $628,138.21 | $21,586.39 |
| 213113452 | 11511562 | Claim Purchaser Claim Submission | Timely | $612,042.11 | $21,033.23 |
| 213113452 | 11511566 | Claim Purchaser Claim Submission | Timely | $587,939.09 | $20,204.92 |
| 213113452 | 11511586 | Claim Purchaser Claim Submission | Timely | $551,559.12 | $18,954.70 |
| 213113452 | 11511590 | Claim Purchaser Claim Submission | Timely | $543,205.87 | $18,667.63 |

**Pro Rata Payment List**

*Bhatia v. Silvergate Bank et al* , Case No. 3:2023-cv-01406

| PersonID | ClaimID | Claim Type | Status | Claim Amount | Pro Rata Award |
|---|---|---|---|---|---|
| 213113452 | 11511616 | Claim Purchaser Claim Submission | Timely | $513,454.21 | $17,645.20 |
| 213113452 | 11511622 | Claim Purchaser Claim Submission | Timely | $498,964.30 | $17,147.24 |
| 213113452 | 11511640 | Claim Purchaser Claim Submission | Timely | $472,341.62 | $16,232.33 |
| 213113452 | 11511646 | Claim Purchaser Claim Submission | Timely | $470,097.23 | $16,155.20 |
| 213113452 | 11511695 | Claim Purchaser Claim Submission | Timely | $469,667.37 | $16,140.43 |
| 213113452 | 11511700 | Claim Purchaser Claim Submission | Timely | $409,956.89 | $14,088.44 |
| 213113452 | 11511731 | Claim Purchaser Claim Submission | Timely | $392,370.70 | $13,484.08 |
| 213113452 | 11511735 | Claim Purchaser Claim Submission | Timely | $369,188.08 | $12,687.39 |
| 213113452 | 11511738 | Claim Purchaser Claim Submission | Timely | $355,890.38 | $12,230.41 |
| 213113452 | 11511745 | Claim Purchaser Claim Submission | Timely | $324,442.21 | $11,149.67 |
| 213113452 | 11511755 | Claim Purchaser Claim Submission | Timely | $307,516.10 | $10,568.00 |
| 213113452 | 11511765 | Claim Purchaser Claim Submission | Timely | $240,659.55 | $8,270.43 |
| 213113452 | 11511769 | Claim Purchaser Claim Submission | Timely | $170,325.66 | $5,853.35 |
| 213113452 | 11511773 | Claim Purchaser Claim Submission | Timely | $127,721.40 | $4,389.23 |
| 213113452 | 11511781 | Claim Purchaser Claim Submission | Timely | $76,597.17 | $2,632.31 |
| 198069497 | 11513962 | Paper Claim Form | Late | $11,067.97 | $380.36 |
| 198030858 | 11514082 | Paper Claim Form | Late | $44,905.25 | $1,543.20 |
| 198069304 | 11514191 | Paper Claim Form | Late | $389,911.35 | $13,399.56 |
| 198019974 | 11514757 | Paper Claim Form | Late | $154,699.64 | $5,316.36 |
| 198053581 | 11515129 | Paper Claim Form | Late | $2,515.11 | $86.43 |
| 198051157 | 11515193 | Paper Claim Form | Late | $26,142.05 | $898.39 |
| 198029955 | 11525133 | Paper Claim Form | Late | $224,913.50 | $7,729.30 |
| 198054758 | 11525615 | Paper Claim Form | Late | $1,353.93 | $46.53 |
| 198059230 | 11526058 | Paper Claim Form | Late | $4,025.53 | $138.34 |
| 198070001 | 11526555 | Paper Claim Form | Late | $83,590.53 | $2,872.64 |
| 198027393 | 11538150 | Paper Claim Form | Late | $9,650.50 | $331.65 |
| 198039874 | 11538217 | Paper Claim Form | Late | $694,871.70 | $23,879.73 |
| 198016996 | 11538416 | Paper Claim Form | Late | $3,424.03 | $117.67 |
| 198055206 | 11538511 | Paper Claim Form | Late | $43.45 | $5.00 |
| 198069941 | 11538754 | Paper Claim Form | Late | $87,667.88 | $3,012.77 |
| 198044620 | 11540036 | Paper Claim Form | Late | $16,960.48 | $582.86 |
| 198065131 | 11544456 | Paper Claim Form | Late | $2,937.02 | $100.93 |
| 198053457 | 11544499 | Paper Claim Form | Late | $53,270.63 | $1,830.68 |
| 198023773 | 11544699 | Paper Claim Form | Late | $15,839.66 | $544.34 |
| 198043691 | 11544794 | Paper Claim Form | Late | $111,679.56 | $3,837.94 |
| 198015559 | 11544862 | Paper Claim Form | Late | $205.17 | $7.05 |
| 198045560 | 11545158 | Paper Claim Form | Late | $1,650.21 | $56.71 |
| 198028839 | 11545191 | Paper Claim Form | Late | $656.42 | $22.56 |
| 198047777 | 11545252 | Paper Claim Form | Late | $12.99 | $5.00 |
| 198052604 | 11545277 | Paper Claim Form | Late | $38,386.08 | $1,319.16 |
| 198033504 | 11545310 | Paper Claim Form | Late | $2,170.67 | $74.60 |
| 198027078 | 11545360 | Paper Claim Form | Late | $34,647.24 | $1,190.68 |
| 198022377 | 11545414 | Paper Claim Form | Late | $1,336.61 | $45.93 |

**Pro Rata Payment List**

*Bhatia v. Silvergate Bank et al* , Case No. 3:2023-cv-01406

| PersonID | ClaimID | Claim Type | Status | Claim Amount | Pro Rata Award |
|---|---|---|---|---|---|
| 198022828 | 11559080 | Paper Claim Form | Late | $38.90 | $5.00 |
| 198022390 | 11559161 | Paper Claim Form | Late | $2,265.03 | $77.84 |
| 198054772 | 11559182 | Paper Claim Form | Late | $19.36 | $5.00 |
| 198049052 | 11559286 | Paper Claim Form | Late | $743.96 | $25.57 |
| 198045661 | 11559360 | Paper Claim Form | Late | $37,287.75 | $1,281.42 |
| 198034145 | 11559468 | Paper Claim Form | Late | $47,969.08 | $1,648.49 |
| 198024641 | 11559615 | Paper Claim Form | Late | $8,474.54 | $291.23 |
| 198028752 | 11559683 | Paper Claim Form | Late | $10,020.45 | $344.36 |
| 198063175 | 11559842 | Paper Claim Form | Late | $1,155.40 | $39.71 |
| 198053999 | 11560065 | Paper Claim Form | Late | $16,555.88 | $568.95 |
| 198039848 | 11574389 | Paper Claim Form | Late | $19,139.62 | $657.75 |
| 198031559 | 11574420 | Paper Claim Form | Late | $151,763.46 | $5,215.45 |
| 198036285 | 11607722 | Paper Claim Form | Late | $36,000.99 | $1,237.20 |
| 198040431 | 11608406 | Paper Claim Form | Late | $168.56 | $5.79 |
| 198059283 | 11608705 | Paper Claim Form | Late | $32,287.39 | $1,109.58 |
| 198032562 | 11609271 | Paper Claim Form | Late | $212,024.84 | $7,286.37 |
| 198043765 | 11612554 | Paper Claim Form | Late | $791.40 | $27.20 |
| 198060408 | 11612746 | Paper Claim Form | Late | $17,266.85 | $593.39 |
| 198060031 | 11612791 | Paper Claim Form | Late | $3,262.45 | $112.12 |
| 198030114 | 11612898 | Paper Claim Form | Late | $5,023.77 | $172.65 |
| 198055568 | 11613026 | Paper Claim Form | Late | $1,559.79 | $53.60 |
| 198045942 | 11613086 | Paper Claim Form | Late | $11,493.25 | $394.97 |
| 198056318 | 11613122 | Paper Claim Form | Late | $12,799.99 | $439.88 |
| 198064328 | 11613195 | Paper Claim Form | Late | $60,119.77 | $2,066.06 |
| 198022602 | 11613263 | Paper Claim Form | Late | $42,191.80 | $1,449.95 |
| 198020096 | 11620660 | Paper Claim Form | Late | $100,111.44 | $3,440.40 |
| 198021940 | 11626767 | Paper Claim Form | Late | $29,897.76 | $1,027.46 |
| 198055792 | 11640178 | Paper Claim Form | Late | $791.30 | $27.19 |
| 198020996 | 11640342 | Paper Claim Form | Late | $6,366.45 | $218.79 |
| 198047444 | 11641276 | Paper Claim Form | Late | $10,989.35 | $377.66 |
| 198054217 | 11641561 | Paper Claim Form | Late | $442,152.43 | $15,194.86 |
| 198035827 | 11642144 | Paper Claim Form | Late | $3,765.31 | $129.40 |
| 198030235 | 11654508 | Paper Claim Form | Late | $3,120.72 | $107.25 |
| 198061982 | 11661097 | Paper Claim Form | Late | $96,337.90 | $3,310.72 |
| 198039552 | 11662181 | Paper Claim Form | Late | $91,264.21 | $3,136.36 |
| 198070406 | 11668442 | Paper Claim Form | Late | $50,000.00 | $1,718.28 |
| 198016121 | 11669714 | Paper Claim Form | Late | $58,724.09 | $2,018.09 |
| 217192796 | 11669865 | Paper Claim Form | Late | $2,500,436.71 | $85,929.17 |
| 198022986 | 11742223 | Paper Claim Form | Late | $409.10 | $14.06 |
| 198069871 | 11759107 | Paper Claim Form | Late | $49,825.23 | $1,712.28 |
| 198069869 | 11773552 | Paper Claim Form | Late | $3,584.17 | $123.17 |
| 198020106 | 11773604 | Paper Claim Form | Late | $1,758.36 | $60.43 |
| 198065228 | 12596207 | Paper Claim Form | Late | $2,564.61 | $88.13 |